FILED BY _____ D.C.

05 JUL 18 AM 10: 28

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal No. 04-20450 B |
| ) | |
| ROSETTA PERKINS-BROWN, ) | |
| and LARRY VERNELL BULLOCK, ) | |
| ) | |
| Defendants. ) | |

**CONSENT ORDER AMENDING BOND CONDITIONS TO ALLOW TRAVEL**

The United States and the defendant, Rosetta Perkins-Brown, by and through counsel, hereby propose to the Court an amendment to the bond conditions for Rosetta Perkins-Brown to allow Ms. Perkins to travel to San Diego, California to attend the National Association for Home Care and Hospice's Annual Financial Conference from July 20, 2005 through July 24, 2005 and to return to Memphis, Tennessee at the conclusion of the conference. Otherwise, the bond conditions applicable to Ms. Perkins will remain in full force and effect.

IT IS SO ORDERED this the 18 day of July, 2005.

Honorable J. Daniel Breen
United States District Judge

M TP 891092 v1
2790782-000001 07/14/05

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 7-18-05

36

APPROVED AS TO FORM:

*Cam Towers - Jones by TLP with permission*

CAM TOWERS-JONES
ASSISTANT U.S. ATTORNEY
THE WESTERN DISTRICT OF TN
167 N. MAIN STREET, SUITE #800
MEMPHIS, TENNESSEE 38103

THOMAS L. PARKER (#13908)
BAKER, DONELSON, BEARMAN
CALDWELL & BERKOWITZ, P.C.
165 MADISON AVENUE, SUITE 2000
MEMPHIS, TENNESSEE 38103
(901) 577-2179

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 36 in case 2:04-CR-20450 was distributed by fax, mail, or direct printing on July 18, 2005 to the parties listed.

---

Andrew M. Greene
TROUTMAN SANDERS LLP
600 Peachtree St N.E.
Ste 5200
Atlanta, GA 30308--221

Brian B. Lavine
TROUTMAN SANDERS LLP
600 Peachtree St. N.E.
Ste 5200
Atlanta, GA 30308--221

Thomas L. Parker
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ- Memphis
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Cam Towers Jones
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT