FILED IN OPEN COURT

DATE: 9/26/05

TIME: 10:29 a.m.

INITIALS: [illegible]

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Criminal No. 04-20450 B |
| ROSETTA PERKINS-BROWN, and LARRY VERNELL BULLOCK, | ) |
| Defendants. | ) |

**CONSENT ORDER AMENDING BOND CONDITIONS TO ALLOW TRAVEL**

The United States and the defendant, Rosetta Perkins-Brown, by and through counsel, hereby propose to the Court an amendment to the bond conditions for Rosetta Perkins-Brown to allow Ms. Perkins to travel to Jacksonville, Florida to assist her daughter, Corlisa Bamba Ricks, with medical appointments and other issues related to cancer treatment from Saturday, October 1, 2005 until Sunday, October 9, 2005. Otherwise, the bond conditions applicable to Ms. Perkins will remain in full force and effect.

IT IS SO ORDERED this the 26th day of September, 2005.

/s/ J. Daniel Breen
Honorable J. Daniel Breen
United States District Judge

M TP 904032 v1
2790782-000001 09/26/05

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 9-27-05

(40)

APPROVED AS TO FORM:

_____
CAM TOWERS-JONES
ASSISTANT U.S. ATTORNEY
THE WESTERN DISTRICT OF TN
167 N. MAIN STREET, SUITE #800
MEMPHIS, TENNESSEE 38103

_____
THOMAS L. PARKER (#13908)
BAKER, DONELSON, BEARMAN
CALDWELL & BERKOWITZ, P.C.
165 MADISON AVENUE, SUITE 2000
MEMPHIS, TENNESSEE 38103
(901) 577-2179

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 40 in case 2:04-CR-20450 was distributed by fax, mail, or direct printing on September 27, 2005 to the parties listed.

---

Andrew M. Greene
TROUTMAN SANDERS LLP
600 Peachtree St N.E.
Ste 5200
Atlanta, GA 30308--221

Thomas L. Parker
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ- Memphis
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Brian B. Lavine
TROUTMAN SANDERS LLP
600 Peachtree St. N.E.
Ste 5200
Atlanta, GA 30308--221

Cam Towers Jones
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Kemper B. Durand
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Honorable J. Breen
US DISTRICT COURT