IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Criminal No. 04-20450 B |
| ROSETTA PERKINS-BROWN, and LARRY VERNELL BULLOCK, | ) |
| Defendants. | ) |

## CONSENT ORDER AMENDING BOND CONDITIONS TO ALLOW TRAVEL

The United States and the defendant, Rosetta Perkins-Brown, by and through counsel, hereby propose to the Court an amendment to the bond conditions for Rosetta Perkins-Brown to allow Ms. Perkins to travel to Seattle, Washington to attend the annual conference of the National Association of Home Health Care from Saturday, October 22, 2005 through Wednesday, October 26, 2005.

Otherwise, the bond conditions applicable to Ms. Perkins will remain in full force and effect.

M TP 907816 v1
2790782-000001 10/18/05

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 10-19-05

IT IS SO ORDERED this the 19th day of October, 2005.

                                          Honorable J. Daniel Breen
                                          United States District Judge

APPROVED AS TO FORM:

CAM TOWERS-JONES (#12996) *by TLP with permission*
ASSISTANT U.S. ATTORNEY
THE WESTERN DISTRICT OF TN
167 N. MAIN STREET, SUITE #800
MEMPHIS, TENNESSEE 38103

THOMAS L. PARKER (#13908)
BAKER, DONELSON, BEARMAN
CALDWELL & BERKOWITZ, P.C.
165 MADISON AVENUE, SUITE 2000
MEMPHIS, TENNESSEE 38103
(901) 577-2179

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 42 in case 2:04-CR-20450 was distributed by fax, mail, or direct printing on October 19, 2005 to the parties listed.

---

Thomas L. Parker
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ- Memphis
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Cam Towers Jones
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT